UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Atlanta Division

| | |
|---|---|
| In Debtor(s)<br>Re: **Paula Van Sickle**<br>4938 Montford Court<br>Duluth, GA 30096<br><br>xxx−xx−8746 | Case No.: **16−65093−sms**<br>Chapter: **13** |

NOTICE TO CHAPTER 13 DEBTOR
REGARDING DOMESTIC SUPPORT OBLIGATIONS

 If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up−to−date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up−to−date by filing a ***Debtor's 11 U.S.C. § 1328 certificate.*** The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

 This Notice will be served upon Debtor and counsel for Debtor.

October 16, 2018
Date

*[signature]*
_____
M. Regina Thomas
Clerk of Court
U. S. Bankruptcy Court

Form 427