UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| PAULA SPEROS VAN SICKLE, | CHAPTER 13 |
| DEBTOR | CASE NO. 16-65093-SMS |

## CERTIFICATION REGARDING REVIEW OF CLAIMS

I hereby certify that pursuant to the Rights and Responsibilities Statement included as part of General Order 6-2006, I have reviewed all claims on the Claims Register maintained by the Clerk of the Court and the records maintained by the Chapter 13 Trustee to determine the validity of filed claims, proper treatment of claims by the Trustee and to ascertain if any creditor failed to file a claim which would adversely affect the debtor.

I further certify that, if needed, proper action was taken to remedy any invalid claim, claim treated improperly by the Chapter 13 Trustee or any problems with unfiled claims.

Dated: October 22, 2018

                                              Respectfully Submitted,
                                              JEFF FIELD & ASSOCIATES

                                              /s/ Christopher J. Sleeper
                                              _____
                                              CHRISTOPHER J. SLEEPER
                                              Attorney for Debtor
                                              State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| PAULA SPEROS VAN SICKLE, | CHAPTER 13 |
| DEBTOR | CASE NO. 16-65093-SMS |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and exact copy of the "Certification Regarding Review of Claims" to the following:

Mary Ida Townson            *Via Electronic Service*

Dated: October 22, 2018

          Respectfully Submitted,
          JEFF FIELD & ASSOCIATES

          /s/ Christopher J. Sleeper
          _____
          CHRISTOPHER J. SLEEPER
          Attorney for Debtor
          State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com