PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Paula Speros Van Sickle

Case No.: 16-65093-sms    Chapter: 13

**Change of Address for:**
Debtor [X]    Creditor [ ]    Attorney for Debtor [ ]    Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]    Payments ONLY [ ]    Notices and Payments [✔]

EFFECTIVE DATE OF CHANGE: 12/16/2019

Name: Paula Speros Van Sickle

Prior Address: 4938 Montford Court
Duluth, GA 30096

****************************************************************************

New Address: 4345 Pinewalk Drive
Alpharetta, GA 30022

Change of Address Was Furnished By:    Debtor [ ]    Creditor [ ]    Attorney [ ]

Date: 12/16/19    Signature of Filer: s/Chris J. Sleeper
Telephone Number: 404-499-2700

**IF FILED BY ATTORNEY**

Attorney Name: Christopher J. Sleeper

Bar ID: 700884
Address: 342 N. Clarendon Ave
Scottdale, GA 30079

Revised August 2012