UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| PAULA SPEROS VAN SICKLE, | CHAPTER 13 |
| DEBTOR | CASE NO. 16-65093-SMS |

## EMERGENCY MOTION TO SELL

COMES NOW Paula Speros Van Sickle ("*Debtor*"), by and through counsel, and respectfully requests to be permitted to sell certain real property and shows the Court as follows:

1.

Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code on August 30. 2016.

2.

Debtor desires to sell real property located at 4938 Montford Court Duluth, GA 30096 to a non-insider third party for the purchase price of 305,000.00 as reflected on the "Purchase and Sale Agreement" dated April 16, 2021. A copy of the "Purchase and Sale Agreement" is attached hereto as Exhibit "A".

3.

All liens and encumbrances will be satisfied at the closing that is currently scheduled for May 17, 2021

4.

Debtor anticipates sufficient proceeds from the sale to pay the remaining balance in her chapter 13 plan, which is approximately $17,819.84 as of the date of this motion.

5.

Debtor desires to use the net sales proceeds to satisfy her chapter 13 plan and retain the remaining net sales proceeds.

WHEREFORE, Debtor prays that the Court approve the Motion to Sell Real Property and for such other relief as the Court deems just and proper.

This April 21, 2021

          Respectfully Submitted,
          JEFF FIELD & ASSOCIATES

          /s/ Christopher J. Sleeper
          _____
          CHRISTOPHER J. SLEEPER
          Attorney for Debtor
          State Bar No. 700884
          342 North Clarendon Avenue
          Scottdale, GA 30079
          404-499- 2700
          contactus@fieldlawoffice.com



## Contract for the Purchase and
## Sale of Residential Real Property

**Offer Date:** _____April 16_____, 20 _21_

This **Contract for the Purchase and Sale of Real Property** (the "Contract") is made by and between
Dalzie Saint-Ilme_____, hereinafter called "Buyer" and
PAULA VANSICKLE_____, hereinafter called "Seller," for
the hereinafter described Property, and in consideration of the mutual promises contained herein.

**THIS CONTRACT INCORPORATES BY REFERENCE THOSE CERTAIN STANDARD TERMS FOR THE PURCHASE AND SALE OF GEORGIA REAL PROPERTY PUBLISHED BY ORTHRUS REAL ESTATE ENTERPRISES, LLC AT WWW.REFORMSGA.COM AND IN EFFECT AS OF THE OFFER DATE (THE "STANDARD TERMS"), WHICH STANDARD TERMS SHALL BECOME A PART HEREOF BY REFERENCE THERETO. EACH PARTY, BY AFFIXING HIS OR HER SIGNATURE HERETO, EXPRESSLY AGREES THAT HE OR SHE HAS READ THE STANDARD TERMS, AND THAT IT IS HIS OR HER INTENT THAT THE STANDARD TERMS SHALL BE INCORPORATED INTO AND ARE A PART OF THIS CONTRACT.**

### 1. PROPERTY DESCRIPTION
Seller agrees to sell, and Buyer agrees to purchase from Seller, the land, described as follows: [check all that apply]

☑ property address: _____4938 Montford Court, Duluth, GA 30096_____;
☐ more particularly described on the Legal Description Exhibit attached hereto;
☐ identical to the legal description for the property contained in the deed recorded in Deed Book _____, Page _____, et seq., _____ County, Georgia records;
☐ Land Lot(s) _____ of the _____ District, _____ Section/GMD, Lot(s) _____, Block(s) _____, Unit(s) _____, Phase/Section(s)_____ of _____ Subdivision /Development, _____ County, Georgia according to the plat recorded in Plat Book _____, Page _____, et seq., _____ County, Georgia records;

together with all permits, privileges, rights, members, and appurtenances thereto and together with all improvements, fixtures, personal property, trees, timber and other crops and plants located thereon (the "Property").

### 2. PURCHASE PRICE
Buyer covenants that Buyer has adequate financial resources to purchase the Property. The Purchase Price shall be _____Three Hundred Five Thousand Dollars_____ US Dollars (US$ _305,000.00_____), subject to all prorations, fees, dues, and adjustments as may be elsewhere described in this Contract.

### 3. EARNEST MONEY
A good faith deposit of _____Two Thousand Dollars_____ US Dollars (US$ _2,000.00_____) (the "Earnest Money") shall be payable to _____Drake Realty_____ (the "Escrow Agent") in the form of a ☑ check; ☐ certified funds; ☐ money order; or, ☐ cash. The amount of the good faith Earnest Money deposit identified above, if any, shall be applied toward the Purchase Price at closing.

**3.1.** **Payment of Earnest Money -** [check one]
☐ Buyer has remitted the Earnest Money to Escrow Agent, and Escrow Agent shall deposit same into a trust account within three (3) banking days from the date Escrow Agent receives an original or copy of the Accepted (as hereinafter defined) Contract; or
☑ Buyer has not remitted the Earnest Money to Escrow Agent, but shall remit same to Escrow Agent within ___2___ days from the date of Acceptance of this contract and Escrow Agent shall deposit same into a trust account within three (3) banking days from the date of receipt of the deposit and a copy or original of the Accepted Contract. In the event said payment is not timely remitted, Seller shall be promptly notified by Escrow Agent and Seller shall have the rights and remedies set out in this section.

---

Page 1 of 5
Form RE100, *Contract for the Purchase and Sale of Residential Real Property*
Copyright© 2019 by Orthrus Real Estate Enterprises, LLC. All rights reserved.
R05202019

Initials: _DS_ _____    
02c8c67

### 4. CLOSING

Unless amended mutually by the parties, the closing of this transaction shall take place on _____May 17_____, 20 _21_, at a mutually agreed upon time (the "Closing").  Said Closing shall be at the office of __Mc Michael & Gray_____ located at/in __Lawrenceville__, Georgia (the "Closing Attorney"). If Closing Attorney is unavailable or unacceptable to Buyer's lender or title insurance company, then __buyer__ shall have the right to select a different Closing Attorney. Possession of the Property shall be granted [check one] ☑ at Closing; ☐_____ days after the Closing at _____ o'clock _____.m.; or ☐_____ days before the Closing at _____ o'clock _____.m. **IF POSSESSION OF THE PROPERTY IS TO BE GRANTED TO BUYER ON A DATE OTHER THAN THE DATE OF CLOSING, BUYER AND SELLER SHOULD EXECUTE AND ATTACH A SEPARATE OCCUPANCY AGREEMENT HERETO.** Buyer does hereby authorize Seller and the Brokers to communicate with Closing Attorney and any Lender with whom Buyer is working to receive from said Closing Attorney or Lender prior to Closing a copy of any settlement statement or Integrated Disclosure prepared by Lender or Closing Attorney in anticipation of Closing.

### 5. CLOSING COST ALLOWANCE FOR BUYER

Seller shall contribute a maximum of  [check one] ☑ __0__% of the purchase price, **or** ☐ US$_____ toward costs associated with Buyer's purchase of the Property (the "Closing Cost Allowance").

### 6. CONTINGENCIES

In consideration of the covenants contained herein and other good and valuable consideration, the receipt and sufficiency whereof is hereby acknowledged, the Seller grants to the Buyer the following contingencies, as the same are defined in the Standard Terms: [Check all that are applicable]

**6.1.** ☑ **Buyer's General Right to Terminate** - *This contingency shall expire at 11:59 p.m. on the day that is __3__ days after the Acceptance Date.* In consideration of Seller granting this Buyer's General Right to Terminate this Agreement, Buyer has paid Seller $10.00 in nonrefundable option money, the receipt and sufficiency of which is hereby acknowledged.

**6.2.** ☑ **Appraisal Contingency** - *This contingency shall expire at 11:59 p.m. on the day that is __10__ days after the Acceptance Date.*

**6.3.** ☑ **Financing Contingency -** *This contingency shall expire at 11:59 p.m. on the day that is __21__ days after the Acceptance Date.*  If Buyer and Seller agree to a financing contingency involving financing other than a new first or second mortgage from a third party institutional lender under the terms described below, such as a loan assumption or seller financing, an additional exhibit or special stipulation shall be attached hereto providing the additional terms of that financing. If Buyer chooses FHA or VA financing, a FHA or VA Exhibit shall be attached hereto.

**[In the event the Financing Contingency is selected, check all of the following that are applicable:]**
☑ **First Mortgage Loan Proceeds**: This Contract is contingent upon Buyer's ability to  obtain a third party first mortgage loan to be secured by the Property, in a principal amount of [check one] ☐ US$_____ **or** ☑ __95__% of the purchase price, being amortized over a term of __30__ years, at an interest rate per annum that is [check one] ☑ fixed at a rate not to exceed _3.25_ %; **or** ☐ adjustable beginning at a rate not to exceed _____% with the interest rate never to exceed _____%, pursuant to an institutional lender's standard and customary underwriting criteria. The balance of the purchase price shall be paid by Buyer in cash, or in such other form as may be required by the Closing Attorney listed below, at time of Closing.
☐ **Second Mortgage Loan Proceeds:** This Contract is contingent upon Buyer's ability to  obtain a third party second mortgage loan to be secured by the Property, in a principal amount of [check one] ☐ US$_____ **or** ☐ _____% of the purchase price, being amortized over a term of _____ years, at an interest rate per annum that is [check one] ☐ fixed at a rate not to exceed _____%; **or** ☐ adjustable beginning at a rate not to exceed _____% with the interest rate never to exceed _____%, pursuant to an institutional lender's standard and customary underwriting criteria . The balance of the purchase price shall be paid by Buyer in cash, or in such other form as may be required by the Closing Attorney listed below, at time of Closing.

Page 2 of 5
Form RE100, *Contract for the Purchase and Sale of Residential Real Property*
Copyright© 2019 by Orthrus Real Estate Enterprises, LLC. All rights reserved.
R05202019

Initials: __DS__ eb34789   _____   

7. **INSPECTION OF PROPERTY**

Buyer has the right and obligation, with reasonable notice to Seller, to inspect the property (and all improvements located thereon) for defects and other issues including, but not limited to: air conditioning, electrical, fireplace, heating, lead/lead-based paint, mold, plumbing, radon, roof, structure, wood destroying organisms, environmental hazards, or other similar issues at any time and from time to time, after the time and date of Acceptance of the Contract, through and including the Closing, from the hours of [check one] ☒ 9:00 a.m. to 7:00 p.m. **or** ☐ _____ . In order to facilitate the inspection of the Property [check one] ☐ Buyer **or** ☒ Seller shall make all required utilities operational and available on the Property through and including the day of Closing. Buyer agrees to forever hold Seller and Brokers harmless from any and all claims, injuries and damages arising out of the exercise of these rights. Any part of the Property damaged or disturbed as a result of Buyer's inspection, including any testing or other evaluation, shall promptly be restored to a condition at least equal to the condition it was in prior to such inspection, testing, or evaluation.

    7.1. **Duty to Consult Available Resources** – It shall be Buyer's sole duty to seek and consult any and all available resources which may provide information concerning neighborhood conditions affecting the Property and/or is of concern to Buyer.

        7.1.1. **Methamphetamine Laboratory Registry** - If Buyer is interested in determining whether the Property has been used as a laboratory for methamphetamine production or dumpsite for the same, Buyer is advised to review the National Clandestine Laboratory Register (Georgia) at www.dea.gov.

        7.1.2. **Violent Sex Offender Registry** - If Buyer is interested in determining whether there is a registered sex offender living in and/or around the neighborhood of the Property, Buyer is advised to review the Georgia Violent Sex Offender Registry at www.gbi.georgia.gov.

8. **BROKERAGE**

By signing below, all parties represented by a Broker acknowledge that no Broker in this transaction shall owe any duty to Buyer or Seller greater than what is set forth in their brokerage engagements and the Brokerage Relationships in Real Estate Transactions Act, O.C.G.A. § 10-6A-1 *et seq.*, and further, that they have read and acknowledged and consent to the inclusion of all additional brokerage disclosures provided in the Standard Terms.

    8.1. **Material Relationships -** Neither the Broker nor Broker's affiliated licensees have a material relationship with Seller or Buyer except as follows: Buyer and Agent are friends._____
_____.

    8.2. **Buyer's Broker -** The Buyer's Broker identified on the signature page of this Contract is the Broker assisting the Buyer, regardless of whether the Buyer is a customer or a client as defined under Georgia law. It includes the agent or agents of the Broker who are involved in this particular transaction. The Buyer's Broker is [check one]:

        i. ☒ representing the Buyer as a client under a written brokerage agreement; **or**
        ii. ☐ representing the Buyer as a customer, performing only ministerial acts; **or**
        iii. ☐ acting as a dual agent, with responsibilities to both Seller and Buyer; **or**
        iv. ☐ acting as a designated agent, with responsibilities to both Seller and Buyer, as described more fully below.

    8.3. **Seller's Broker** - The Seller's Broker identified on the signature page of this Contract shall refer collectively to all persons assisting the Seller, regardless of whether the Seller is a customer or client as defined under Georgia law. It includes the agent or agents of the Broker who are involved in this particular transaction. The Seller's Broker is [check one]:

        i. ☒ representing the Seller as a client under a written brokerage agreement; **or**
        ii. ☐ representing the Seller as a customer, performing only ministerial acts; **or**
        iii. ☐ acting as a dual agent, with responsibilities to both Seller and Buyer; **or**
        iv. ☐ acting as a designated agent, with responsibilities to both Seller and Buyer, as described more fully below.

    8.4. By checking the designated agent box above, the parties acknowledge that they have consented to a designated agency and acknowledge that _____n/a_____ will work exclusively with Buyer as Buyer's designated agent and n/a_____ _____ will work exclusively with the Seller as Seller's designated agent.

    8.5. **Wire Fraud Disclaimer** – No Broker in this transaction shall e-mail or otherwise electronically transmit wire instructions to Buyer or Seller. Any electronic transmittal of wire instructions purported to be from Broker(s) should be viewed as potential fraud and treated as such. Buyer and Seller acknowledge and agree

Page 3 of 5
Form RE100, *Contract for the Purchase and Sale of Residential Real Property*
Copyright© 2019 by Orthrus Real Estate Enterprises, LLC. All rights reserved.
R05202019

Initials:   _____    _____

that use of and/or reliance on any wire instructions by that party shall be at its own risk. Buyer and Seller further agree to release and forever hold Broker harmless from any and all liability that may occur as a result of such use and/or reliance.

## 9. EXHIBITS

**The following exhibits are attached to and made a part of this offer.** The provisions of any exhibit attached to this contract and referenced below, shall prevail if in conflict with the provisions of the Contract**:**

- ☐ Legal Description
- ☐ Disclosure of Information on Lead-Based Paint and/or Lead Based Paint Hazards
- ☐ Short Sale Exhibit
- ☑ <u>Appraisal Contingency</u>
- ☑ <u>Finance Contingency</u>

- ☐ FHA Exhibit
- ☐ VA Exhibit
- ☐ Lease for Lease/Purchase Agreement Only
- ☐ _____
- ☐ _____
- ☐ _____

**Special Stipulations** (provisions of any stipulation included in this contract shall prevail if in conflict with the provisions of this Contract, including any exhibit attached hereto)**:**
ALL PARTIES AGREE TO THE FOLLOWING:
1. All appliances are to stay with sale of property.
2. If the property appraises for less than the purchase price listed herein and the seller agrees to lower the price to the appraised value, the buyer will pay seller $2,000 above the appraised value at closing. Not to exceed the original purchase price.
3. Buyer clearly understands that the lender may only approve/issue a loan based on the lower of the purchase price or the appraised value. If any funds are needed to purchase the property above the appraised value, they must be paid at closing in addition to all other fees and charges estimated by the lender.

☐ Substantive provisions continued on additional page.

Page 4 of 5
Form RE100, *Contract for the Purchase and Sale of Residential Real Property*
Copyright© 2019 by Orthrus Real Estate Enterprises, LLC. All rights reserved.
R05202019

Initials: DS  _____    
1e615e6                    04/17/21
                           4:27 PM EDT
                           dotloop verified

This **Offer** is open for **Acceptance** until  11:59  o'clock  p  m. on _____April 17_____, 20 21 . An **Acceptance** after that time shall be considered a counteroffer.

The **Offer** is hereby **Accepted**, with notice in the form of an executed contract being properly delivered to the party making the last offer, at  11:30   o'clock  a   m. on _____04/17/2021_____, 20____.

_____ _____ _____ _____  **By initialing here, the parties acknowledge their receipt of a printed copy of the Standard Terms. Failure to initial this section shall indicate that the parties have declined a printed copy of and hereby acknowledge the sufficiency of the online copy of the Standard Terms.**

*All Names should be both signed and printed.*

**Buyer:**

➢ _____*Dalzie Saint-Ilme*_____
Dalzie Saint-Ilme
Buyer Printed Name

➢ _____
Buyer Printed Name

_____/_____
Buyer Phone Number    Buyer Fax Number

_____
Buyer Email Address

_____
Buyer Address

_____
Buyer City       State       Zip

**Seller:**

➢ _____*Paula VanSickle*_____  dotloop verified 04/17/21 4:27 PM EDT QJCR-OGAE-6Y13-QSH8
PAULA VANSICKLE
Seller Printed Name

➢ _____
Seller Printed Name

_____/_____
Seller Phone Number    Seller Fax Number

_____
Seller Email Address

_____
Seller Address

_____
Seller City       State       Zip

**Buyer's Broker**

Drake Realty of GA, Inc.      / DROG01
Name of Brokerage Firm         Broker Code

(770) 565-2044      /(770) 565-7674
Brokerage Phone Number    Brokerage Fax Number

➢ _____*Desiree Dennis*_____
Desiree Dennis
Agent Printed Name

(631) 355-3115      /_____
Agent Phone Number    Agent Fax Number

desirees04@yahoo.com
Agent Email Address

Required License Number(s):
H-62436       /382268
Broker's License Number    Agent's License Number

**Seller's Broker**

BHGRE Metro Brokers      /MTBR04
Name of Brokerage Firm         Broker Code

(404) 843-2500      /(770) 645-7201
Brokerage Phone Number    Brokerage Fax Number

➢ _____*Brad Burns*_____  dotloop verified 04/17/21 4:29 PM EDT GM7P-1FA1-TCWO-HK8P
BRAD BURNS
Agent Printed Name

(770) 243-2500      /_____
Agent Phone Number    Agent Fax Number

bradburns@bellsouth.net
Agent Email Address

Required License Number(s):
H-6179       /336425
Broker's License Number    Agent's License Number

MLS Listing #_____6866046_____

Page 5 of 5
Form RE100, *Contract for the Purchase and Sale of Residential Real Property*
Copyright© 2019 by Orthrus Real Estate Enterprises, LLC. All rights reserved.
R05202019

Initials: **DS** _____  _____
                              04/17/21
                              4:27 PM EDT
                              dotloop verified



## Appraisal Contingency Exhibit
### *(Residential)*

**This Exhibit is attached to and made a part of the contract for purchase and sale of real property (the "Contract") with an Offer Date of** _____April 16_____**, 20** _21_ **and relating to Property located at** _____4938 Montford Court, Duluth_____**, Georgia** ___30096___ **(the "Property"), and shall control over any conflicting language in the above referenced Contract and any other Exhibits or Addenda attached thereto.**

This contingency shall expire at 11:59 p.m. on the day that is __10__ days after the Acceptance Date.

Buyer's obligation to purchase the Property is contingent upon Buyer's receipt of an appraisal of the Property, performed by a licensed Georgia real estate appraiser, showing the value of the Property to be equal to or greater than the Purchase Price. If the Property does not appraise for a minimum of the Purchase Price, Buyer, at Buyer's sole discretion, shall have the right to terminate this Contract and receive a full refund of the Earnest Money by providing Seller a copy of the appraisal and written notice of Buyer's intent to terminate this Contract prior to the expiration of this contingency.

If the Property fails to appraise for a minimum of the Purchase Price, either party shall also have the right, but not the obligation, prior to the expiration of this contingency, to propose to the other an amendment to the Contract reducing the Purchase Price; provided, however, that neither party shall have the obligation to accept said proposed amendment.

If Seller does not receive notice of Buyer's termination of this Contract as provided hereunder, this contingency shall be deemed waived.

Page 1 of 1

Form RE204, *Appraisal Contingency Exhibit*
Copyright© 2012 by Orthrus Real Estate Enterprises, LLC. All rights reserved.
R10312012

Initials:  _____    _____
04/17/21
11:14 AM EDT
dotloop verified



# Financing Contingency Exhibit
### (Residential)

This Exhibit is attached to and made a part of the contract for purchase and sale of real property (the "Contract") with an Offer Date of _____April 16_____, 20__21__ and relating to Property located at _____4938 Montford Court, Duluth_____, Georgia ___30096___ (the "Property"), and shall control over any conflicting language in the above referenced Contract and any other Exhibits or Addenda attached thereto.

*If Buyer and Seller agree to a financing contingency involving financing other than a new first or second mortgage from a third party institutional lender under the terms described below, such as a loan assumption or seller financing, an additional exhibit or special stipulation shall be attached hereto providing the additional terms of that financing.*

This contingency shall expire at 11:59 p.m. on the day that is ___21___ days after the Acceptance Date.

If Buyer chooses to terminate this Contract based on an inability to obtain financing as described hereunder, Buyer must give Seller written notice of termination of this Contract along with a written statement from Buyer's lender (or lenders, if applicable), indicating the reason for the lender's denial of loan approval. This contingency shall be deemed waived by Buyer under the following circumstances:

1. If Buyer fails to provide proof of a lender's denial of loan approval prior to the deadline set forth in this section; **or**
2. If the lender's denial of loan approval is based on Buyer's lack of sufficient funds to pay for the down payment and closing costs, a loan application that was not timely submitted, Buyer's failure to sell or lease Buyer's current property, or Buyer's conduct after the Acceptance Date but prior to the expiration of this contingency.

**Buyer does hereby authorize Seller and the Brokers to communicate with the Lender or Lenders with whom Buyer is working to determine and receive from said Lenders any or all of the following information: (a) the status and timing of Buyer's loan application and any conditions remaining to Lender's issuance of a loan commitment; (b) Buyer's financial ability to obtain any loan for which Buyer has applied; (c) the reason for any denial of Buyer's loan application; and (d) a copy of any settlement statement, Good Faith Estimate or Integrated Disclosure prepared by Lender or Closing Attorney in anticipation of Closing.**

**Check all of the following that are applicable:**

☒ **First Mortgage Loan Proceeds**: This Contract is contingent upon Buyer's ability to obtain a third party first mortgage loan to be secured by the Property, in a principal amount of [check one] ☐US$_____ or ☒ __95__% of the purchase price, being amortized over a term of ___30___ years, at an interest rate per annum that is [check one] ☒ fixed at a rate not to exceed _3.25_%; **or** ☐ adjustable beginning at a rate not to exceed _____% with the interest rate never to exceed _____%, pursuant to an institutional lender's standard and customary underwriting criteria. The balance of the purchase price shall be paid by Buyer in cash, or in such other form as may be required by the Closing Attorney listed below, at time of Closing.

If Buyer chooses FHA or VA financing, a FHA or VA Exhibit shall be attached hereto. If FNMA/FHLMC, FHA, USDA, or VA underwriting guidelines mandate compliance with any underwriting criteria expressly contrary to the provisions of the Contract, those provisions shall prevail and be binding upon the parties hereto, provided, however, that if any of these guidelines result in an increase in costs or expenses to the Seller, or affect the date of closing, then Seller, at Seller's sole discretion, shall have the right to unilaterally terminate the Contract within three (3) days of Seller's receipt of notice of the applicability of such guidelines. In such event, Seller may terminate the Contract by delivering written notice of termination to Buyer, which termination shall release both Buyer and Seller from any further obligations or responsibilities to the other. If Seller does not terminate the Contract, Seller is deemed to consent to those changes that are mandated by the underwriting guidelines.

---

Page 1 of 2

Form RE203, *Financing Contingency Exhibit*
Copyright© 2015 by Orthrus Real Estate Enterprises, LLC. All rights reserved.
R08172015

Initials: **DS** e0de263    
04/17/21
11:14 AM EDT
dotloop verified

☐ **Second Mortgage Loan Proceeds:** This Contract is contingent upon Buyer's ability to obtain a third party second mortgage loan to be secured by the Property, in a principal amount of [check one] ☐US$_____ or ☐ _____% of the purchase price, being amortized over a term of _____ years, at an interest rate per annum that is [check one] ☐ fixed at a rate not to exceed _____%; **or** ☐ adjustable beginning at a rate not to exceed _____% with the interest rate never to exceed _____%, pursuant to an institutional lender's standard and customary underwriting criteria. The balance of the purchase price shall be paid by Buyer in cash, or in such other form as may be required by the Closing Attorney listed below, at time of Closing.

If FNMA/FHLMC, FHA, USDA, or VA underwriting guidelines mandate compliance with any underwriting criteria expressly contrary to the provisions of the Contract, those provisions shall prevail and be binding upon the parties hereto, provided, however, that if any of these guidelines result in an increase in costs or expenses to the Seller, or affect the date of closing, then Seller, at Seller's sole discretion, shall have the right to unilaterally terminate the Contract within three (3) days of Seller's receipt of notice of the applicability of such guidelines. In such event, Seller may terminate the Contract by delivering written notice of termination to Buyer, which termination shall release both Buyer and Seller from any further obligations or responsibilities to the other. If Seller does not terminate the Contract, Seller is deemed to consent to those changes that are mandated by the underwriting guidelines.

Page 2 of 2

Form RE203, *Financing Contingency Exhibit*
Copyright© 2015 by Orthrus Real Estate Enterprises, LLC. All rights reserved.
R08172015

Initials: *DS* _____   _____
78ac5d1                     04/17/21
                            11:14 AM EDT
                            dotloop verified

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| PAULA SPEROS VAN SICKLE, | CHAPTER 13 |
| DEBTOR | CASE NO. 16-65093-SMS |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and exact copy of the foregoing "Emergency Motion to Sell" to the following:

Mary Ida Townson, Chapter 13 Trustee        *Electronically*

Paula Speros Van Sickle
4345 Pinewalk Drive
Alpharetta, GA 30022

All Creditors On The
Attached Mailing Matrix

by electronic service upon filing with the Court or by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

Dated: April 21, 2021                Respectfully Submitted,
                                     JEFF FIELD & ASSOCIATES

                                     /s/ Christopher J. Sleeper
                                     _____
                                     CHRISTOPHER J. SLEEPER
                                     Attorney for Debtor
                                     State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 16-65093-sms<br>Northern District of Georgia<br>Atlanta<br>Wed Apr 21 14:47:03 EDT 2021 | Arnall Golden Gregory, LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 | Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363-1031 |
| Breast Cancer Specialists LLC<br>975 Johnson Ferry Rd<br>Suite 500<br>Atlanta, GA 30342-4737 | Capital One Bank (USA) N.A.<br>POBox 71083<br>Charlotte, NC 28272-1083 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | CitiCards CBNA<br>PO Box 9001037<br>Louisville, KY 40290-1037 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| R. Jeffrey Field<br>Jeffrey Field & Associates<br>342 North Clarendon Avenue<br>Scottdale, GA 30079-1320 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 200<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326-1420 |
| IRS Insolvency Unit<br>401 W. Peachtree St., NW<br>Room 400, Stop 334-D<br>Atlanta GA 30308-0000 | JC Penney/SYNCB<br>PO Box 960090<br>Orlando, FL 32896-0090 | Kohls<br>PO Box 2983<br>Milwaukee, WI 53201-2983 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Resurgens Surgery Center, LLC<br>5671 Peachtree Dunwoody Rd NE<br>Ste 800<br>Atlanta, GA 30342-5021 | SYNCB/Belk<br>PO Box 530940<br>Atlanta, GA 30353-0940 |
| Lucretia Lashawn Scruggs<br>LOGS Legal Group, LLP<br>211 Perimeter Center Parkway, N.E.<br>Suite 300<br>Atlanta, GA 30346-1305 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | Wells Fargo<br>Default Doc Proc. N9286-01Y<br>1000 Blue Gentian Road<br>Saint Paul MN 55121-7700 |
| Wells Fargo<br>PO Box 6995<br>Portland, OR 97228-6995 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>PO Box 5284<br>Carol Stream, IL 60197-5284 |

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Philadelphia, PA 19255-0030 | GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>1800 CENTURY BLVD. NE, SUITE 9100<br>ATLANTA, GEORGIA 30345-3205 | (d)Georgia Department of Revenue<br>Compliance Division<br>1800 Century Blvd., NE, S9100<br>Atlanta GA 30345-0000 |
| (d)Internal Revenue Service<br>PO Box 80110<br>Cincinnati, OH 45280-0010 | Macy's/DSNB<br>PO Box 8053<br>Mason, OH 45040-8218 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26