UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| PAULA SPEROS VAN SICKLE, | CHAPTER 13 |
| DEBTOR | CASE NO. 16-65093-SMS |

**NOTICE OF PLEADING, DEADLINE TO OBJECT AND FOR HEARING**

PAULA SPEROS VAN SICKLE has filed an Application for Compensation on April 23, 2021. Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days, plus three days if served by mail, from the date of service of this notice. If **you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303, and serve a copy on the movant's attorney, R. Jeffrey Field, Jeff Field & Associates, 342 N. Clarendon, Scottdale, GA 30079, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for **May 25, 2021, at 10:00 AM in Courtroom 1201**, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303. If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**<u>Your rights may be affected.</u>** **You should read these papers carefully and discuss them with your attorney, if you have one** in **this bankruptcy case.** If **you do not have an attorney, you may wish to consult one.**

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

| | |
|---|---|
| This April 23, 2021 | Respectfully Submitted, |
| | JEFF FIELD & ASSOCIATES |
| | |
| | /s/ Christopher J. Sleeper |
| 342 North Clarendon Avenue | _____ |
| Scottdale, GA 30079 | CHRISTOPHER J. SLEEPER |
| 404-499- 2700 | Attorney for Debtor |
| contactus@fieldlawoffice.com | State Bar No. 700884 |

United States Bankruptcy Court
Northern District of Georgia
Atlanta Division

IN RE:

PAULA SPEROS VAN SICKLE,                    CHAPTER 13

DEBTOR                                       CASE NO. 16-65093-SMS

## APPLICATION FOR COMPENSATION

Comes now, JEFF FIELD & ASSOCIATES and files this Application for Compensation and shows to this Court the following:

1.

R. Jeffrey Field of Jeff Field & Associates is counsel of record for debtor in this case.

2.

Pursuant to Paragraph 4(B) of Debtor's confirmed Chapter 13 Plan, counsel is entitled to additional compensation, over and above the base fee of $4,250.00 for specific "non-base services" agreed to by and rendered on behalf of debtor as enumerated in Paragraph 6 of debtor's Disclosure of Compensation of Attorney for Debtor.

3.

For an agreed upon fee of $500.00, Jeff Field & Associates has rendered the following additional "non-base service" in this case:  Amended Motion to Sell (Doc. No. 100).

4.

Jeff Field & Associates is applying to the Bankruptcy Court for the allowance and payment of compensation in the total amount of $500.00 as set forth in the Disclosure of Compensation of Attorney for Debtor filed in this case and Paragraph 4(B) of Debtor's confirmed Chapter 13 Plan.

WHEREFORE, Jeff Field & Associates requests that its Application for Compensation be approved.

This April 23, 2021

                                              Respectfully Submitted,
JEFF FIELD & ASSOCIATES

/s/ Christopher J. Sleeper

_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884
342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and exact copy of the foregoing "Notice" and "Application for Compensation" to the following:

Mary Ida Townson, Chapter 13 Trustee            *Electronically*

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Paula Speros Van Sickle
4345 Pinewalk Drive
Alpharetta, GA 30022

Lucretia Lashawn Scruggs
LOGS Legal Group, LLP
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346

by electronic service upon filing with the Court or by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

|  |  |
|---|---|
| Dated: April 23, 2021 | Respectfully Submitted,<br>JEFF FIELD & ASSOCIATES |
|  | /s/ Christopher J. Sleeper |
|  | _____<br>CHRISTOPHER J. SLEEPER<br>Attorney for Debtor<br>State Bar No. 700884 |

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com