# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Paula Van Sickle, <br>               Debtor. | Case No. 16-65093-sms |
| Wells Fargo Bank, N.A., its successors or assigns, <br>               Movant, <br><br> V. <br><br> Paula Van Sickle, Debtor <br><br>               Respondents. | Contested Matter* |

## RESPONSE TO DEBTOR'S AMENDED EMERGENCY MOTION TO SELL

COMES NOW the Respondent, Wells Fargo Bank, N.A., by and through its attorneys, and responds to Debtor's Amended Emergency Motion to Sell Real as follows:

1.

On August 30, 2016, Paula Van Sickle ("Debtor") filed for protection in the Bankruptcy Court for the Northern District of Georgia ("the Bankruptcy Court") under Chapter 13 of the Bankruptcy Code, being bankruptcy case number 16-65093-sms ("the Bankruptcy Case").

2.

Mary Ida Townson (Trustee") is the appointed Chapter 13 Trustee.

3.

Respondent is the holder, or legal agent of the holder, of a Note secured by a Deed of Trust encumbering real property, owned by Debtor, located at 4938 Montford Crt. Duluth, GA 30096 ("the Property").

4.

On April 22, 2021, Debtor filed an Amended Emergency Motion to Sell ("Motion to Sell").

5.

In the Motion to Sell, Debtor has a contract dated April 20, 2021 on the property for a purchase price of $300,000.00.

6.

Respondent requests that any sale short of a full payoff of the Property be subject to final approval by Respondent.

7.

Respondent does not oppose a sale of the Property, as long as it provides for payment in full of the obligation owed to Respondent and is subject to a proper payoff quote.

WHEREFORE Respondent respectfully requests that the Bankruptcy Court enter its Order:

A.  Requiring that any sale of the Property be of sufficient amount to provide for payment in full of the obligation owed to Respondent; and,

B.  Requiring that any sale of the Property be subject to final approval by Respondent; or

D.  In the alternative, denying Debtor's Motion to Sell; and,

E.  For such other and further relief as the Bankruptcy Court deems proper.

Respectfully Submitted,
LOGS Legal Group LLP


__*/s/ Lucretia L. Scruggs*_____
Lucretia L. Scruggs 371008
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346
Telephone: (770) 220-2535
Fax: (770) 220-2665
lscruggs@logs.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on 3rd day of May, 2021, a copy of the foregoing

Amended Emergency Motion to Sell was caused to be served upon the following:

Via CM/ECF Electronic Notice

R. Jeffrey Field, Jeff Field & Associates
342 North Clarendon Avenue
Scottdale, GA 30079

Mary Ida Townson
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Avenue, NE
Atlanta, GA 30303-1740

Via First Class Mail, Postage Prepaid

Debtor
Paula Van Sickle
4345 Pinewalk Drive
Alpharetta, GA 30022

        LOGS Legal Group LLP

        /s/ Lucretia L. Scruggs
        Lucretia L. Scruggs 371008
        211 Perimeter Center Parkway, N.E.
        Suite 300
        Atlanta, GA 30346
        Telephone: (770) 220-2535
        Fax: (770) 220-2665
        lscruggs@logs.com