**IT IS ORDERED as set forth below:**

**Date: June 7, 2021**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| PAULA SPEROS VAN SICKLE, | CHAPTER 13 |
| DEBTOR | CASE NO. 16-65093-SMS |

### INTERIM CONSENT ORDER GRANTING
### AMENDED EMERGENCY MOTION TO SELL

On April 22, 2021, Debtor filed an "*Amended Emergency Motion to Sell*" (Doc. No. 100)(the "Motion") seeking permission to sell real property known as 4938 Montford Court Duluth, GA 30096 to a non-insider for the purchase price of $300,000.00. Wells Fargo Bank, N.A. filed a "*Response to Debtor's Amended Emergency Motion to Sell*" (Doc. No. 108) requesting that any sale be subject to a proper payoff quote. The Motion and Wells Fargo Bank, N.A.'s response came before the Court for a hearing on May 25, 2021. The Chapter 13 Trustee has no opposition to the sale but has opposition at this time to Debtor's proposed distribution of sales proceeds. No other opposition was announced at the hearing or filed with

the Court. In order to meet the June 10, 2021 closing, the parties desire to allow the closing to proceed and resolve the issue regarding Debtor's net sale proceeds at a reset hearing. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED**. Debtor may sell real property located at 4938 Montford Court Duluth, GA 30096. It is

**FURTHER ORDERED** that from the sale proceeds, Wells Fargo Bank, N.A. will be paid in full subject to a proper payoff quote and any sale short of full payoff will be subject to final approval by Wells Fargo Bank, N.A. All other encumbrances on the property shall be paid in full at closing. From the net proceeds due to Debtor, $57,000.00 shall be remitted to Jeff Field & Associates, 342 N. Clarendon Ave., Scottdale, GA 300079 to be held in escrow and shall not be released to any party without further order of the Court and the remaining proceeds may be paid to Debtor at closing; It is

**FURTHER ORDERED** that immediately following the closing, the Debtor shall cause the closing attorney to provide all closing documents to the Chapter 13 Trustee; It is

**FURTHER ORDERED** that remaining matters shall be addressed at the reset hearing on the Motion scheduled for July 13, 2021 at 10:00 AM.

[END OF DOCUMENT]

Prepared and Submitted by
JEFF FIELD & ASSOCIATES:

/s/ Christopher J. Sleeper

_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884
342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

Consented to By:

/s/ Lucretia Scruggs

_____
Attorney for Wells Fargo Bank, N.A.
State Bar No.  371008
LOGS Legal Group
211 Perimeter Center Parkway NE
Suite 300
Atlanta, GA 30346
lscruggs@logs.com
770-220-2535 ext. 2328

No Opposition:

/s/ Albert C. Guthrie

_____
ALBERT C. GUTHRIE
Attorney for Chapter 13 Trustee
State Bar No. 142399
285 Peachtree Center Ave. NE,
Ste. 1600
Atlanta, GA 30303

**IDENTIFICATION OF PARTIES TO BE SERVED**

Mary Ida Townson
285 Peachtree Center Ave. NE,
Ste. 1600
Atlanta, GA 30303

R. Jeffrey Field
Jeff Field & Associates
342 North Clarendon Avenue
Scottdale, Georgia 30079

Paula Speros Van Sickle
115 Piney Hill Trace
Alpharetta, GA 30022

All Creditors Reflected On
The Court's Mailing List